IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD G. RAHLL & SONS, INC.,** | : | **CIVIL ACTION NO. 1:08-CV-1384** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SHAWN ZACH and KIM ZACH,** <br> **d/b/a ZACH'S PRODUCE** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of November, 2008, upon consideration of the proceedings held on October 23, 2008, during which the court held defendants in civil contempt for failure to comply with the preliminary injunction (Doc. 19) requiring defendants to discharge the debt owed to plaintiff and to provide plaintiff with copies of their business records, and upon further consideration of the contempt hearing held on the date of this order, and of the bankruptcy petition filed by defendant Shawn Zach on November 7, 2008, see (Doc. 1) in In re Shawn Zach, No. 1:08-BK-4160 (Bankr. M.D. Pa.), and the court concluding that the bankruptcy petition imposes an automatic stay on the debt collection proceedings in the above-captioned matter, see 11 U.S.C. § 362(a)(1), it is hereby ORDERED that:

1. Defendants may purge their contempt by supplying copies of the business records identified in Paragraph 2 of the preliminary injunction (Doc. 19) to plaintiff's counsel at: McCarron & Diess, 4900 Massachusetts Avenue, N.W., Suite 310, Washington, DC, 20016, c/o Maria C. Simon. Defendants shall consult with their bankruptcy counsel and accountants to ensure that business records in the possession of these individuals are produced to plaintiff's counsel.

>    Defendants shall complete production on or before November 18, 2008. Failure to complete production may subject defendants to further contempt sanctions.

2. Paragraphs 1, 3, and 4 of the preliminary injunction (Doc. 19) are STAYED to the extent that they require defendants to satisfy outstanding financial obligations subject to Shawn Zach's bankruptcy proceedings.  See 11 U.S.C. § 362(a)(1).

3. Upon receipt of the documents identified in Paragraph 1 of this order, plaintiff's counsel shall file a notice certifying that defendants have discharged their obligations created hereunder.  The court will issue an order purging defendants of their contempt upon receipt of this certificate.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge