# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD G. RAHLL & SONS, INC.,** | : | **CIVIL ACTION NO. 1:08-CV-1384** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SHAWN ZACH and KIM ZACH,** <br> **d/b/a ZACH'S PRODUCE** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of December, 2008, upon consideration of the order of court (Doc. 35) dated November 20, 2008, which required *pro se* defendants to produce certain business records to plaintiff's counsel on or before December 4, 2008, and instructed them to apprise the court of the progress of production efforts as of November 28, 2008, and upon further consideration of the letter received from defendant Shawn Zach ("Zach") via facsimile on the latter date, which represents that defendants have instructed their accountant to compile and produce pertinent business records, it is hereby ORDERED that:

1. The Clerk of Court is instructed to docket the facsimile received from defendant Zach as a status report.

2. The facsimile adequately discharges the obligation to inform the court of the status of production efforts imposed upon defendant Zach by Paragraph 2.b of the order (Doc. 35) dated November 20, 2008.

3. In the event that defendants are unable to complete production of documents by December 4, 2008, they shall promptly notify the court in accordance with Paragraph 6 of the order (Doc. 35) dated November 20, 2008.

        S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge