# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD G. RAHLL & SONS, INC.,** | : | **CIVIL ACTION NO. 1:08-CV-1384** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SHAWN ZACH and KIM ZACH,** d/b/a **ZACH'S PRODUCE** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of December, 2008, upon consideration of the orders of court (Docs. 33, 35) dated November 10 and 20, 2008, which required defendants to purge their contempt of court by producing certain business records, of the documents (Docs. 40, 41) produced by defendant Shawn Zach's bankruptcy counsel on December 8, 2008, and of the notice (Doc. 42) received from plaintiff's counsel stating that such documents satisfy plaintiff's production request, and upon further consideration of the bankruptcy petition filed by defendant Shawn Zach on November 7, 2008, see (Doc. 1) in In re Shawn Zach, No. 1:08-BK-4160 (Bankr. M.D. Pa.), it is hereby ORDERED that:

1. Defendants' contempt of court is PURGED.

2. All proceedings in the above-captioned matter are STAYED pending completion of Shawn Zach's bankruptcy proceedings. See 11 U.S.C. § 362(a)(1).

3. Shawn Zach's bankruptcy counsel is instructed to filed quarterly status reports apprising the court of the progression of bankruptcy proceedings. The first such report shall be due on January 15, 2009. Similar reports shall be due on or before the fifteenth day of every third month thereafter.

4. The Clerk of Court is instructed to transmit a copy of this order via first class mail and facsimile to defendant Shawn Zach's bankruptcy counsel at the following address:

>    Gary J. Imblum
>    KODAK & IMBLUM, P.C.
>    407 North Front Street
>    P.O. Box 11848
>    Harrisburg, PA 17108-1848
>    Facsimile: (717) 238-5258

5. The Clerk of Court is instructed to CLOSE this matter for statistical purposes.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge